Christopher S. OGUAJU, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 00–5454.

United States Court of Appeals,
District of Columbia Circuit.

Filed On: Oct. 21, 2004.

BEFORE: GINSBURG, Chief Judge, and HENDERSON and TATEL, Circuit Judges.

## *ORDER*

**PER CURIAM**

Upon consideration of appellant's petition for rehearing filed September 30, 2004, it is

**ORDERED** that the petition be denied. It is

**FURTHER ORDERED** that the opinion filed August 17, 2004 be amended as follows:

In the carryover paragraph from page 2 to page 3, delete the comma following "wrongdoing" in line 8 and insert a period; delete the comma following "[541 U.S. 157, ——,] 124 S.Ct. [1570,] at 1581[, 158 L.Ed.2d 319]" and insert a period and delete the portion of the sentence that begins with "which" and ends with "official conduct"; and delete the citations (and accompanying parenthetical) that begins with "*Id.*" and ends with "official duties."